USDC UT Approved 06/06/00   Revised 01/20/04

**FILED
U.S. DISTRICT COURT**

# United States District Court
## District of Utah

2006 MAY -5 P 2: 12

DISTRICT OF UTAH

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
| vs. | (For Offenses Committed On or After November 1, 1987) |
| **Blayde Lynn Crockett** | Case Number: **2:02-CR-00616-001 DAK** |
| aka Lewis Tremain | Plaintiff Attorney: **Caryn Mark** |
| | Defendant Attorney: **James Rice/Benjamin Rice** |
| | Atty: CJA ___ Ret **X** FPD ___ |
| Defendant's Soc. Sec. No.: **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** | |
| Defendant's Date of Birth: **November 27, 1951** | **April 24, 2006** |
| | Date of Imposition of Sentence |
| Defendant's USM No.: **10337-081** | |
| Defendant's Residence Address: | Defendant's Mailing Address |
| 442 State Street Sp.13 | 442 State Street |
| Clearfield, UT 84015 | Clearfield, UT 84015 |
| Country USA | Country USa |

THE DEFENDANT:
☐ pleaded guilty to count(s) _____
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☒ was found guilty on count(s) **1 - 4 of the Indictment.**

COP _____ Verdict **04/30/04**

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 U.S.C. §371 | Conspiracy to Defraud the Internal Revenue Service | 1 |
| 26 U.S.C. §7206(2) | Aiding and Assisting the Preparation of False Income Tax Return | 2 |
| 26 U.S.C. §7206(2) | Aiding and Assisting the Preparation of False Income Tax Return | 3 |
| 26 U.S.C. §7206(2) | Aiding and Assisting the Preparation of False Income Tax Return | 4 |

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

### SENTENCE

Pursuant to the Sentencing Reform Act of 1984, it is the judgment and order of the Court that the defendant be committed to the custody of the United States Bureau of Prisons for a term of **70 months.**

Upon release from confinement, the defendant shall be placed on supervised release for a term of **36 months.**

☐ The defendant is placed on Probation for a period of _____

Defendant:     Blayde Lynn Crockett                                           Page 2 of 5
Case Number:   2:02-CR-00616-001 DAK

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

> The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

[X] The above drug testing condition is suspended based on the court's determination that the defendant possesses a low risk of future substance abuse. (Check if applicable.)

### SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

In addition to all Standard Conditions of (Supervised Release or Probation) set forth in PROBATION FORM 7A, the following Special Conditions are imposed: (see attachment if necessary)

1. The defendant shall maintain full-time verifiable employment or participate in academic or vocational development throughout the term of supervision as deemed appropriate by the probation office.
2. The defendant shall not be self-employed.
3. The defendant is to inform any employer or prospective employer of his current conviction and supervision status.
4. The defendant shall refrain from incurring new credit charges or opening additional lines of credit unless he is in compliance with any established payment schedule and obtains the approval of the probation office.
5. The defendant shall provide the probation office access to all requested financial information.

### CRIMINAL MONETARY PENALTIES

### FINE

The defendant shall pay a fine in the amount of   $ __2500.00_____ , payable as follows:

[ ] forthwith.

[ ] in accordance with the Bureau of Prison's Financial Responsibility Program while incarcerated and thereafter pursuant to a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

[X] in accordance with a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

[ ] other:

---

[ ] The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).

[X] The court determines that the defendant does not have the ability to pay interest and pursuant to 18 U.S.C. § 3612(f)(3), it is ordered that:

Defendant: Blayde Lynn Crockett   Page 3 of 5
Case Number: 2:02-CR-00616-001 DAK

[X] The interest requirement is waived.
[ ] The interest requirement is modified as follows:

## RESTITUTION

**The defendant shall make restitution to the following payees in the amounts listed below:**

| Name and Address of Payee | Amount of Loss | Amount of Restitution Ordered |
|---|---|---|
| | | |

Totals: $_____ $_____

(*See* attachment if necessary.) All restitution payments must be made through the Clerk of Court, unless directed otherwise. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless otherwise specified.

[ ] Restitution is payable as follows:

  [ ] in accordance with a schedule established by the U.S. Probation Office, based upon the defendant's ability to pay and with the approval of the court.

  [ ] other:

[ ] The defendant having been convicted of an offense described in 18 U.S.C. § 3663A(c) and committed on or after 04/25/1996, determination of mandatory restitution is continued until _____ pursuant to 18 U.S.C. § 3664(d)(5)(not to exceed 90 days after sentencing).
  [ ] An Amended Judgment in a Criminal Case will be entered after such determination

### SPECIAL ASSESSMENT

The defendant shall pay a special assessment in the amount of $ __400.00__ , payable as follows:
[X] forthwith.
[ ] _____

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid

### PRESENTENCE REPORT/OBJECTIONS

The court adopts the factual findings and guidelines application recommended in the presentence report except as otherwise stated in open court.

Defendant:     Blayde Lynn Crockett                                    Page 4 of 5
Case Number:   2:02-CR-00616-001 DAK

## RECOMMENDATION

☐ Pursuant to 18 U.S.C. § 3621(b)(4), the Court makes the following recommendations to the Bureau of Prisons:

## CUSTODY/SURRENDER

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal   for this district at
  _____ on _____ .

☐ The defendant shall report to the institution designated by the Bureau of Prisons   by
  _____ Institution's local time, on _____ .

DATE:   April 25, 2006

Dale A. Kimball
United States District Judge

Defendant: Blayde Lynn Crockett  
Case Number: 2:02-CR-00616-001 DAK

Page 5 of 5

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __April 20, 2006__ to __FCI Herlong SCP__ at __Herlong, CA__, with a certified copy of this judgment.

_____  
~~UNITED STATES MARSHAL~~

By _____  
~~Deputy U.S. Marshal~~